October 11, 1932.

SIMPSON and others, Appellants, vs. CORNISH and others, Defendants, WINDORF and another, Respondents.

For the appellants: *George W. Taylor* of Kenosha, attorney, and *Robert Bachrach, Stanley Morris,* and *Arthur Magid,* all of Chicago, of counsel.

For the respondent Margaret Windorf: *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha.

For the respondent Henry J. Lageschulte: *Howard P. Castle* of Chicago, attorney, and *Simmons, Walker, Wratten & Sporer* of Racine of counsel.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on December 6, 1932.

HILDEBRANT, Appellant, vs. ZUTAVERN and others, imp., Respondents.

For the appellant: *A. H. Eberlein* of Wausau and *Lehner & Lehner* of Princeton.

For the respondents: *Herman Leicht* of Medford.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on December 6, 1932.